UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                          :
UNITED STATES OF AMERICA,              :
                                                          :
        -against-                             :              09 Cr. 581 (WHP)
                                                          :
PAUL M. DAUGERDAS, *et al.*,          :              <u>SCHEDULING ORDER</u>
                                                          :
                  Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                          :
ELEANOR DAUGERDAS,                 :
                                                          :
                  Petitioner.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, Senior United States District Judge:

        The United States and Petitioner Eleanor Daugerdas are directed to appear for a status conference on July 25, 2018 at 3:30 p.m. to discuss a schedule for addressing remaining issues on remand.

Dated: July 19, 2018
       New York, New York

                            SO ORDERED:

                            _____
                            WILLIAM H. PAULEY III
                            U.S.D.J.