**LAW OFFICES OF JAMES R. DEVITA, PLLC**
81 MAIN STREET, SUITE 504
WHITE PLAINS, NEW YORK 10601-1719
(914) 328-5000
FAX (914) 946-5906
E-Mail:  jdevita@jamesrdevitalaw.com

NEW YORK CITY OFFICE:
217 BROADWAY, SUITE 707
NEW YORK, NY 10007
(212) 619-3730

April 14, 2019

**BY ECF**
Honorable William H. Pauley, III
United States District Judge for the
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

 Re:  *United States v. Daugerdas (Eleanor Daugerdas)*, 9 Cr. 581

Dear Judge Pauley:

 I am writing to request a two week adjournment of the due date for the papers in opposition to the government's motion to dismiss the Second Amended Petition filed in this case on behalf of my client, Eleanor Daugerdas.  Unfortunately, a close relative passed away yesterday, and between the family and religious observances occasioned by that, and the upcoming Holy Days surrounding Easter, I will have great difficulty meeting that deadline.  Moreover, I have an appellant's brief due in the Court of Appeals on Monday, April 22, 2019, and it will require all of the available time I may have this week to meet that obligation.   I therefore request that the time for filing our papers in opposition to the government's motion be extended to May 3, 2019.

 I have conferred with Assistant United States Attorney Kiersten Fletcher and the government has no objection to this request.  Ms. Fletcher requested that the time for the government's time to reply be adjourned to May 17, 2019, and I have no objection to that request.

Hon. William H. Pauley, III             -2-                April 14, 2019

     I respectfully request that Your Honor adjourn the due dates for the Ms. Daugerdas papers in opposition to the government's motion to dismiss, and for the government's reply. Court and the parties.

                          Respectfully submitted,

                          S/ James R. DeVita

                          James R. DeVita

cc:     Assistant United States Attorney Andrew Adams (by ECF)
         Assistant United States Attorney Kiersten Fletcher (by ECF)

Case 1:09-cr-00581-WHP   Document 985   Filed 04/14/19   Page 2 of 2