**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 30, 2019

The Honorable William H. Pauley, III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St. Room 1920
New York, New York 10007

                Re:       <u>United States v. Paul M. Daugerdas</u>, 09 Cr. 581 (WHP)

Dear Judge Pauley:

      The Government respectfully submits this letter to request a brief adjournment of the deadline to file its reply in support of its motion to dismiss the third party petition of Paul Daugerdas (the "Paul Petition") in the above-referenced ancillary proceeding. The Government received Paul Daugerdas's opposition brief late yesterday, and our reply brief is presently due tomorrow, May 31, 2019. In light of its late receipt of Paul Daugerdas' brief, the Government respectfully requests a one-week extension of time to file its reply on June 7, 2019. The Government intends to file its reply to Eleanor Daugerdas's reply brief on time tomorrow and does not anticipate seeking any adjournment of the scheduled oral argument.

                                            Respectfully submitted,

                                            GEOFFREY S. BERMAN
                                            United States Attorney for the
                                            Southern District of New York

                              By:    <u>/s/ Kiersten A. Fletcher</u>
                                            Kiersten A. Fletcher
                                            Assistant United States Attorney

cc:      Paul M. Daugerdas, *pro se* (*by U.S. Mail*)