UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------
UNITED STATES OF AMERICA,            :
                                     :     09cr581 (DLC)
                                     :
        -against-                    :        ORDER
                                     :
PAUL M. DAUGERDAS, *et al.*,         :
                                     :
                       Defendants.   :
                                     :
---------------------------------------
                                     :
ELEANOR DAUGERDAS, *et al.*,         :
                                     :
                                     :
                       Petitioners.  :
---------------------------------------

DENISE COTE, District Judge:

   The motion for sanctions having been denied, it is hereby

   ORDERED that the parties shall confer and propose by

October 12, 2021, a schedule for resolution of this ancillary

proceeding.

Dated:   New York, New York
         September 28, 2021

                                    _____
                                              DENISE COTE
                                    United States District Judge