# LAW OFFICES OF JAMES R. DeVITA, PLLC

c/o NOBILE, MAGARIAN & DiSALVO, LLP
BRONXVILLE, NEW YORK 10708
(347) 403-3131

E-Mail: jdevita@jamesrdevitalaw.com

October 12, 2021

**BY ECF**
Honorable Denise Cote
United States District Judge for the
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *United States v. Daugerdas (Eleanor Daugerdas)*, 9 Cr. 581 (DC)

Dear Judge Cote:

    Petitioners have filed today a motion pursuant to Local Civil Rule 6.3 of the Local Rules of this Court for reconsideration and reargument of Your Honor's September 28, 2021 Opinion & Order denying their motion for sanctions against the government. Since the outcome of that motion will have a significant impact on the course of proceedings in case, I respectfully request that the parties time to confer and propose a schedule for resolution of this ancillary proceeding be extended until two weeks after the Court's decision on the motion for reconsideration and reargument. The government has no objection to this request.

Respectfully submitted,

James R. DeVita

*Denied.*
*Denise Cote*
*10/12/21*

cc:    Assistant United States Attorney Andrew Adams (by ECF)
        Assistant United States Attorney Kiersten Fletcher (by ECF)